# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128038

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KOREY JOE HAWORTH,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128038
COA: 259064
Grand Traverse CC:03-009099-FH

_____/

On order of the Court, the application for leave to appeal the January 25, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the sentence imposed by the Grand Traverse Circuit Court and REMAND this case to that court for reconsideration in light of *People v Hendrick*, 472 Mich 555 (2005).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

Clerk

s1012